# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY ABBIE; AARON JAMES ABBIE; and AMANDA VARNER, Individually and as Successors-In-Interest to Decedent, TEDDIE ABBIE;<br><br>Plaintiffs,<br>vs.<br><br>SHASTA COUNTY, a public entity, SHASTA COUNTY SHERIFF DEPARTMENT, SHERIFF TOM BASENKO, an Individual, DEPUTY VAN GERWEN, an Individual, DEPUTY VORHIS, an Individual, and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:20-CV-01995-KJM-DMC<br><br>ORDER |

The parties jointly request (ECF No. 16) to extend the time for defendant to respond to plaintiff's complaint from November 11, 2020 through and including December 15, 2020. Good cause appearing, the stipulated extension for defendant to respond to the complaint is **approved**. Defendant has through and including December 15, 2020 to respond to plaintiff's complaint dated October 5, 2020.

This order resolves ECF No. 16.

1     IT IS SO ORDERED.

2 DATED: December 4, 2020.

                                        CHIEF UNITED STATES DISTRICT JUDGE