**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BETTY ABBIE, et al. | No. 2:20-CV-1995-KJM-DMC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| SHASTA COUNTY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. In light of the continued closure of the courthouses in this district to the public, the parties shall be required to appear telephonically at the scheduling conference set for February 10, 2021, at 10:00 a.m., before the undersigned in Redding, California. Parties shall arrange their appearances through CourtCall.

IT IS SO ORDERED.

Dated: January 26, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1