**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879
office@brickwoodlaw.com

Attorneys for Defendants
SHASTA COUNTY, SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, DAVE KENT, ROBERT VAN GERWEN, JUSTAN VORHIS and KIRK SCHRITTER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY ABBIE, AARON JAMES ABBIE and AMANDA VARNER, Individually and as Successor-In-Interest to Decedent, TEDDIE ABBIE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SHASTA COUNTY, a public entity, SHASTA COUNTY SHERIFF DEPARTMENT, SHERIFF TOM BOSENKO, an Individual; CAPTAIN DAVE KENT, an Individual; DEPUTY VAN GERWEN, an Individual; DEPUTY VORHIS, an Individual; DEPUTY SCHRITTER, an Individual and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 2:20-cv-01995-KJM-DMC<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER** |

PROTECTIVE ORDER

1

The Court has considered the Stipulation of the parties and their request for the proposed Protective Order in this matter and finds as follows:

The Protective Order submitted appears proper and meets the requirement of the law and therefore the Court orders as follows:

IT IS ORDERED that the Protective Order submitted pursuant to the parties' stipulation, ECF No. 39, is ordered by the Court to be a Protective Order in effect in this case;

THE COURT FURTHER ORDERS that nothing in the Protective Order shall limit the testimony of parties or non-parties or the use of documents and other exhibits at any trial or court hearing, such determinations will be made by the Court at the hearing or trial or upon appropriate motion by the parties;

THE COURT FURTHER ORDERS that the parties must comply with the provisions related to motions to seal documents as directed by any pretrial scheduling order by the Court and as set forth by court rules, and to the extent there is any inconsistency between the Protective Order and any order sealing documents issued by the Court as part of its pretrial scheduling order or Rules of Court, the scheduling order and Rules of Court shall govern.

Dated:  October 13, 2021



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE