1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY ABBIE, individually and as successor-in-interest and as successor-in-interest; AARON ABBIE, individually and as successor-in-interest; and, AMANDA VARNER, individually and as successor-in-interest,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHASTA COUNTY, a public entity, SHASTA COUNTY SHERIFF DEPARTMENT, SHERIFF TOM BOSENKO, an Individual; CAPTAIN DAVE KENT, an Individual; DEPUTY VAN GERWEN, an Individual; DEPUTY VORHIS, an Individual; DEPUTY SCHRITTER, an Individual and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-01995-KJM-DMC<br><br>*Hon. Kimberly J. Mueller*<br>*Hon. Mag. Dennis M. Cota*<br><br>**STIPULATED ORDER TO MODIFY THE SCHEDULING ORDER**<br><br>[Proposed Order lodged concurrently herewith]<br><br>Complaint Filed: October 5, 2020<br>Trial Date: N/A |

Based on a review of the parties' Stipulation and Joint Request to Modify the Scheduling Order, sufficient good cause has been shown for the requested relief. Therefore the Stipulation is **APPROVED.**

**THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION SIGNED BY ALL COUNSEL, ECF No. 46, HEREBY ORDERS** that the Scheduling Order be Amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | 05/31/22 | 1/31/2023 |
| **Rebuttal Expert Disclosures** | 06/30/22 | 2/28/2023 |
| **Non-Expert Discovery Cut-Off** | 05/17/22 | 1/17/2023 |
| **Expert Discovery Cut-Off** | 08/31/22 | 4/28/2023 |
| **MSJ Hearing Deadline** | 12/02/22 | 8/4/2023 |
| **Settlement Conference** | 09/08/22 | 05/11/2023 |

**IT IS SO ORDERED.**

Dated: April 6, 2022



_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE