UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY ABBIE, individually and as successor-in-interest and as successor-in-interest; AARON ABBIE, individually and as successor-in-interest; and, AMANDA VARNER, individually and as successor-in-interest,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY, a public entity, SHASTA COUNTY SHERIFF DEPARTMENT, SHERIFF TOM BOSENKO, an Individual; CAPTAIN DAVE KENT, an Individual; DEPUTY VAN GERWEN, an Individual; DEPUTY VORHIS, an Individual; DEPUTY SCHRITTER, an Individual and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01995-KJM-DMC<br>District Judge, Kimberly J. Mueller;<br>Magistrate Judge, Dennis M. Cota<br><br>**ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES** |

///

///s

4816-8911-1549.1                                                   Case No. 2:20-cv-01995-KJM-DMC

**[PROPOSED] ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES**

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby orders that the operative scheduling order deadlines [see Doc. 33, 45, 47] are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | 01/31/23 | 04/28/23 |
| **Rebuttal Expert Disclosures** | 02/28/23 | 05/30/23 |
| **Non-Expert Discovery Cut-Off** | 01/17/23 | 04/18/23 |
| **Expert Discovery Cut-Off** | 04/28/23 | 07/28/23 |
| **MSJ Hearing Deadline** | 08/04/23 | 11/03/23 |
| **Settlement Conference** | 05/11/23 | 08/10/23 |

2. Except as specified herein above, all other dates and deadlines operative as of the Court's prior scheduling order [*e.g.* Doc. 33, 45, 47] shall remain unchanged and unaffected by the parties' stipulation.

///

///

1   **IT IS SO ORDERED.**

3   Dated:  October 24, 2022



____
DENNIS M. COTA
UNITED STATES MAGISTRATE
JUDGE