1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY ABBIE, AARON JAMES ABBIE, and AMANDA VARNER, Individually and as Successor-In-Interest to Decedent, TEDDIE ABBIE,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY, a public entity, SHASTA COUNTY SHERIFF DEPARMENT, SHERIFF TOM BOSENKO, an Individual, CAPTA DAVE KENT, an Individual, DEPUTY VAN GERWEN, an Individual, DEPUTY VORHIS, an Individual, DEPUTY SCHRITTER, an Individual and Does 1 through 10, Inclusive,<br><br>　　　　　　　Defendants. | CASE NO:  2:20-cv-01995-KJM-DMC<br><br>*Hon. Kimberly J. Mueller*<br>*Hon. Mag. Dennis M. Cota*<br><br>**ORDER APPROVING JOINT STIPULATION AND REQUEST TO FILE A FOURTH AMENDED COMPLAINT TO ADD CALIFORNIA FORENSIC MEDICAL GROUP, INC. AS A DEFENDANT**<br><br>[Joint Stipulation lodged concurrently herewith]<br><br>Complaint Filed: October 5, 2020<br>Trial Date: N/A |

## ORDER

Pursuant to a stipulation of the parties and good cause appearing, IT IS ORDERED Plaintiffs may file a Fourth Amended Complaint within (10) days of this Order.

**IT IS SO ORDERED.**

DATED: March 9, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE