UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY ABBIE, individually and as successor-in-interest and as successor-in-interest; AARON ABBIE, individually and as successor-in-interest; and, AMANDA VARNER, individually and as successor-in-interest,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHASTA COUNTY, a public entity, SHASTA COUNTY SHERIFF DEPARTMENT, SHERIFF TOM BOSENKO, an Individual; CAPTAIN DAVE KENT, an Individual; DEPUTY VAN GERWEN, an Individual; DEPUTY VORHIS, an Individual; DEPUTY SCHRITTER, an Individual and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-01995-KJM-DMC<br><br>*Hon. Kimberly J. Mueller*<br>*Hon. Mag. Dennis M. Cota*<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>Complaint Filed: October 5, 2020<br>Trial Date: N/A |

Based on a review of the parties' Stipulation and Joint Request to Modify the Scheduling Order, sufficient good cause has been shown for the requested relief. Therefore the Stipulation is **APPROVED.**

**THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION OF COUNSEL, HEREBY ORDERS** that the Scheduling Order be Amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | 04/28/23 | 08/28/2023 |
| **Rebuttal Expert Disclosures** | 05/30/23 | 09/27/2023 |
| **Non-Expert Discovery Cut-Off** | 04/18/23 | 08/16/2023 |
| **Expert Discovery Cut-Off** | 07/28/2023 | 11/27/2023 |
| **MSJ Hearing Deadline** | 11/03/2023 | 03/04/2024 |
| **Settlement Conference** | 08/10/2023 | 12/07/2023 |

**IT IS SO ORDERED.**

Dated:  March 22, 2023



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER