IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY ABBIE, et al. | No. 2:20-CV-1995-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| SHASTA COUNTY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is the parties' stipulated request for modification of the schedule for this litigation, ECF No. 83. Good cause appearing therefore, the parties' stipulation is approved. The schedule for this case will be modified consistent with the provisions in the Court's initial February 24, 2021, scheduling order, ECF No. 33.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Initial expert disclosures are due by January 15, 2024.
2. Rebuttal expert disclosures are due by February 19, 2024.
3. Non-expert discovery due to be completed by January 1, 2024.
4. Expert discovery due to be completed by April 16, 2024.
5. The last day to hear dispositive motions shall be August 16, 2024.

///

6. The settlement conference set for December 7, 2023, is continued to April 26, 2024, before the undersigned at 10:00 a.m.

Dated: August 7, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE