1  Paul A. Cardinale, SBN 215812
   paul.cardinale@med-defenselaw.com
2  **MEDICAL DEFENSE LAW GROUP**
3  3800 Watt Ave., Suite 245
   Sacramento, CA 95821
4  Tel: (916) 244-9116
   Fax: (916) 244-9130
5

6  *Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; JAMIE REBELLO, L.V.N.*

7

8  Michael S. Carrillo, SBN 258878
   mc@carrillofirm.com
9  Dominique Boubion, SBN 336915
   db@carrillofirm.com
10 **CARRILLO LAW FIRM, LLP**
11 1499 Huntington Drive, Suite 402
   South Pasadena, CA 91030
12 Tel: (626) 799-9375
   Fax: (626) 799-9380
13

14 *Attorneys for Plaintiffs*

15 Mildred K. O'Linn, SBN 159055
   mko@manningllp.com
16 Lynn Carpenter, SBN 310011
   llc@manningllp.com
17 Kayleigh Andersen, SBN 306442
18 kaa@manningllp.com
   **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
19 801 S. Figueroa Street, 15th Floor
20 Los Angeles, CA 90017-3012
   Tel: (213) 624-6900
21 Fax: (213) 624-6999

22 *Attorneys for Defendants, SHASTA COUNTY, SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, DAVE KENT, ROBERT VAN GERWEN, JUSTAN VORHIS and KIRK SCHRITTER*
23

24 Jerome M. Varanini, SBN 58531
   jvaranini@tsvlaw.com
25 THE LAW OFFICES OF JEROME M. VARANINI
26 641 Fulton Avenue, Suite 200
   Sacramento, CA 95825
27 Tel: (916) 993-4868

28 *Attorney for Defendants, WELLPATH, INC., WELLPATH MANAGEMENT, INC., and WELLPATH, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES ABBIE, DEBRA GORDEN, individually and as successors in interest to Decedent, TEDDY ABBIE,<br><br>          Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY, a public entity; SHERIFF TOM BOSENKO; CAPTAIN DAVE KENT; DEPUTY ROBERT VAN GERWEN; DEPUTY JUSTAN VORHIS; DEPUTY KIRK SCHRITTER; JAIME REBELLO, L.V.N; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; WELLPATH, INC.; WELLPATH MANAGEMENT, INC.; WELLPATH, LLC; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; and DOES 3-10, individually, jointly and severally,<br><br>          Defendants. | CASE NO.: 2:20-cv-01995-KJM-DMC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

TO THE HONORABLE COURT:

This stipulation is entered into by and between Plaintiffs, AARON JAMES ABBIE and DEBRA GORDEN, Defendants, SHASTA COUNTY, TOM BOSENKO, DAVE KENT, ROBERT VAN GERWEN, JUSTAN VORHIS and KIRK SCHRITTER ("County Defendants"), Defendants, WELLPATH, INC., WELLPATH MANAGEMENT, INC., and WELLPATH, LLC ("Wellpath Defendants"), Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; and JAMIE REBELLO, L.V.N. by and through their respective counsel, to modify the operative Scheduling Order [Doc. 84] by continuing all deadlines approximately 140 days, with the Court's permission. There are compelling reasons for this request by the parties herein:

1.  On January 26, 2023, Plaintiffs filed a Joint Stipulation and Request to File Fourth Amended Complaint to Add California Forensic Medical Group, Inc. as a Defendant ("Joint

Stipulation"). [Doc. 63].

2. Approximately six (6) weeks after filing the Joint Stipulation, on or about March 10, 2023, this Court ordered Plaintiffs to file a Fourth Amended Complaint within ten (10) days pursuant to the Joint Stipulation and good cause appearing. [Doc. 64].

3. On March 20, 2023, Plaintiffs filed the Fourth Amended Complaint naming for the first time, CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG"); as a Defendant. [Doc. 65].

4. On March 20, 2023, the parties to the action submitted a Stipulation and Proposed Order to Modify the Scheduling Order extending the discovery deadlines. [Doc. 69.] Defendants CFMG; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; and JAMIE REBELLO, L.V.N. (hereinafter collectively "CMFG Defendants") were not parties to the Stipulation and Proposed Order because they had not yet appeared in the case.

5. On March 22, 2023, the Court signed the Stipulation and Order extending the discovery dates as requested in Document 69. [Doc. 71.]

6. On May 18, 2023, the CFMG Defendants filed an Answer to Plaintiffs' Fourth Amended Complaint, these Defendants first appearance in this case. [Doc. 78.]

7. On July 17, 2023, the parties submitted a Stipulation and Proposed Order to Modify the Scheduling Order extending the discovery deadlines. [Doc. 83.]

8. On August 7, 2023, the Court signed an Order extending the discovery dates as detailed below. [Doc. 84.]

9. Since this case had been ongoing for over 2 ½ years when the CFMG Defendants first appeared in this case on May 18, 2023, these Defendants served a request for all prior pleadings and discovery to all parties on June 29, 2023. In response, the CFMG Defendants received thousands of pages of discovery. The CMFG Defendants were also advised that 11 depositions had been taken prior to their appearance in this case. The CFMG Defendants were required to contact the court reporters who recorded each deposition to obtain their own copies of the respective transcripts. As a result, counsel for the CFMG Defendants have only recently completed their review and analysis of the voluminous documents and deposition transcripts and have determined they need to conduct and complete additional discovery.

///

10. Given the above, the parties, through their counsel of record, have met and conferred in order to reach an agreement as to modification of the scheduling order, and have agreed to the dates proposed below based on all parties' availability, as well as the time reasonably required to finish discovery, retain experts, file motions, and prepare for trial.

11. The Court has previously approved six requests to continue the scheduling order deadlines in this matter. This stipulation has been made in good faith by the parties' counsel who believe the length of the continuance requested is reasonable to permit all parties, including and especially the CFMG Defendants, to conduct meaningful discovery. The continuance is not sought for delay; rather, it is necessary to enable the parties to conduct additional meaningful discovery.

12. No trial date has been set in this matter.

WHEREAS, for good cause and pursuant to Fed. R. Civ. P. 16(b)(4), the parties in this case submit for the Court's consideration the following:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | 1/15/2024 | 5/15/2024 |
| **Rebuttal Expert Disclosures** | 2/19/2024 | 6/19/2024 |
| **Non-Expert Discovery Cut-Off** | 1/1/2024 | 5/1/2024 |
| **Expert Discovery Cutoff** | 4/16/2024 | 7/16/2024 |
| **MSJ Hearing Deadline** | 8/16/2024 | 11/15/2024 |
| **Settlement Conference** | 4/26/2024 | 8/26/2024 |

WHEREAS, Pursuant to Local Rule 131(e), I, Paul A. Cardinale attest that Dominique L. Boubion, Kayleigh A. Anderson and Jerome M. Varanini concur with the content of this stipulation and has authorized the filing of the same.

///

///

///

///

1   IT IS SO STIPULATED.

2   DATED: December 4, 2023            **CARRILLO LAW FIRM LLP**

3

4                                     By: */s/ Dominique L. Boubion*
                                          LUIS A. CARRILLO
5                                         MICHAEL S. CARRILLO
                                          DOMINIQUE L. BOUBION
6                                         Attorneys for Plaintiffs, AARON ABBIE and
                                          DEBRA GORDEN
7

8

9   DATED: December 4, 2023            **MANNING & KASS ELLROD, RAMIREZ,
                                        TRESTER LLP**
10

11
                                       By: */s/ Kayleigh A. Andersen*
12                                         MILDRED K. O'LINN
                                           LYNN L. CARPENTER
13                                         KAYLEIGH A. ANDERSEN
                                           Attorneys for Defendants, SHASTA COUNTY,
14                                         SHASTA COUNTY SHERIFF'S
                                           DEPARTMENT, TOM BOSENKO, DAVE
15                                         KENT, ROBERT VAN GERWEN, JUSTAN
                                           VORHIS, KIRK SCHRITTER
16

17

18  DATED: December 4, 2023            **THE LAW OFFICES OF JEROME M. VARANINI**

19
                                       By: */s/ Jerome M. Varanini*
20                                         JEROME M. VARANINI
                                           Attorneys for Defendants, WELLPATH, INC.,
21                                         WELLPATH MANAGEMENT, INC., and
                                           WELLPATH, LLC
22

23
    DATED: December 4, 2023            **MEDICAL DEFENSE LAW GROUP**
24

25
                                       By: */s/ Paul A. Cardinale*
26                                         Paul A. Cardinale, Esq.
                                           Attorneys for Defendants CALIFORNIA
27                                         FORENSIC MEDICAL GROUP, INC.; KERI
                                           RUBALCAVA, R.N.; DANIEL DELLWO, P.A.;
28                                         JAMIE REBELLO, L.V.N.

**ORDER**

Based on a review of the parties' Stipulation and Joint Request to Modify the Scheduling Order, sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is APPROVED.

THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION OF COUNSEL, HEREBY ORDERS that the Scheduling Order be Amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | 1/15/2024 | 5/15/2024 |
| **Rebuttal Expert Disclosures** | 2/19/2024 | 6/19/2024 |
| **Non-Expert Discovery Cut-Off** | 1/1/2024 | 5/1/2024 |
| **Expert Discovery Cutoff** | 4/16/2024 | 7/16/2024 |
| **MSJ Hearing Deadline** | 8/16/2024 | 11/15/2024 |
| **Settlement Conference** | 4/26/2024 | 8/26/2024 at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated: December 5, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE