LUIS A. CARRILLO (SBN 70398)
MICHAEL S. CARRILLO (SBN 258878)
DOMINIQUE BOUBION (SBN 336915)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Telephone:  (626) 799-9375
Facsimile:   (626) 799-9380

*Attorneys for Plaintiffs*

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES ABBIE, DEBRA GORDEN, individually and as successors in interest to Decedent, TEDDY ABBIE,<br><br>Plaintiff,<br><br>vs.<br><br>SHASTA COUNTY, a public entity; SHERIFF TOM BASENKO; CAPTAIN DAVE KENT; DEPUTY ROBERT VAN GERWEN; DEPUTY JUSTAN VORHIS; DEPUTY KIRK SCHRITTER; JAMIE REBELLO, L.V.N.; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; WELLPATH, INC.; WELLPATH MANAGEMENT, INC.; WELLPATH, LLC; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California corporation; and DOES 3-10, individually, jointly, and severally<br><br>Defendants. | **CASE NO.:** 2:20-cv-01995-KJM-DMC<br><br>*Hon. Kimberly J. Mueller*<br>*Hon. Mag. Dennis M. Cota*<br><br>**JOINT STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |

1  Mildred K. O'Linn (State Bar No. 159055)
      *missy.olinn@manningkass.com*
2  Lynn Carpenter (State Bar No. 310011)
      *lynn.carpenter@manningkass.com*
3  Kayleigh Andersen (State Bar No. 306442)
      *kayleigh.andersen@manningkass.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
7
8  *Attorneys for Defendants, SHASTA COUNTY, SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, DAVE KENT, ROBERT VAN GERWEN, JUSTAN VORHIS and KIRK SCHRITTER*
9
10
11
12
13  JEROME M. VARANINI, ESQ. (State Bar No. 58531)
    **THE LAW OFFICES OF JEROME M. VARANINI**
14  641 Fulton Avenue, Suite 200
    Sacramento, Ca (95825)
15  P.O. Box 590
    Sacramento, Ca  95812-0590
16  Telephone:  (916) 993-4868

17  *Attorney for Defendants, WELLPATH, INC., WELLPATH MANAGEMENT, INC., and WELLPATH, LLC*
18
19
20   Paul A. Cardinale, SBN 215812
    paul.cardinale@med-defenselaw.com
21  **MEDICAL DEFENSE LAW GROUP**
22  3800 Watt Ave., Suite 245
    Sacramento, CA 95821
23  Tel: (916) 244-9116
    Fax: (916) 244-9130
24
25  *Attorneys for Defendants, CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; JAMIE REBELLO, L.V.N.*
26
27
28

1

**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**

**TO THE HONORABLE COURT:**

This stipulation is entered into by and between plaintiffs, AARON JAMES ABBIE and DEBRA GORDEN (collectively, "Plaintiffs"), defendants, SHASTA COUNTY, SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, DAVE KENT, ROBERT VAN GERWEN, JUSTAN VORHIS and KIRK SCHRITTER (collectively, "County" or "County Defendants"), defendants, WELLPATH, INC., WELLPATH MANAGEMENT, INC., and WELLPATH, LLC (collectively, "Wellpath Defendants"), and defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG"), KERI RUBALCAVA, R.N., DANIEL DELLWO, P.A.; JAMIE REBELLO, L.V.N. (collectively, "CFMG Defendants"), to modify the operative Scheduling Order [Doc. 86] by continuing the discovery cut-off deadline, expert deadlines, and MSJ Hearing deadline with the Court's permission. There are compelling reasons for this request by the parties herein:

**1.** On May 18, 2023, the CFMG Defendants filed an Answer to Plaintiffs' Fourth Amended Complaint, the CFMG's first appearance in this case. [Doc. 78.]

**2.** Plaintiffs seek to take additional depositions; however, the coordination of counsels' calendars with available dates for such depositions, plus the availability of the witnesses themselves, requires a longer time frame than permitted by the current Scheduling Order [Doc. 86], as detailed below.

**3.** The Parties request a continuance of the non-expert discovery deadline, the expert deadlines, and a continuance of the MSJ Hearing Deadline. The Parties do not seek to reschedule the Settlement Conference.

**4.** The Court has previously approved seven requests to continue the scheduling order deadlines in this matter. This stipulation has been made in good faith by the parties' counsel who believe the length of the continuance requested is reasonable to permit all parties to conduct meaningful discovery. The continuance is not sought for delay; rather, it is necessary to enable the parties to conduct additional meaningful discovery.

5. The parties, through their counsel of record, have met and conferred in order to reach an agreement as to modification of the scheduling order, and have agreed to the dates proposed below based on all parties' availability, as well as the time reasonably required to finish discovery, retain experts, file motions, and prepare for trial.

6. No trial date has been set in this matter.

**WHEREAS,** for good cause and pursuant to Fed. R. Civ. P. 16(b)(4), the parties in this case submit for the court's consideration the following:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | 5/15/2024 | 8/23/2024 |
| **Rebuttal Expert Disclosures** | 6/19/2024 | 9/20/2024 |
| **Non-Expert Discovery Cut-Off** | 5/01/2024 | 7/30/2024 |
| **Expert Discovery Cut-Off** | 7/16/2024 | 10/14/2024 |
| **MSJ Hearing Deadline** | 11/15/2024 | 2/14/2025 |
| **Settlement Conference** | 8/26/2024 at 10 a.m. | 8/26/2024 at 10 a.m. (No change.) |

**WHEREAS**, Pursuant to Local Rule 131(e), I, Dominique L. Boubion, attest that Lynn L. Carpenter, Paul A. Cardinale and Jerome M. Varanini concur with the content of this stipulation and have authorized the filing of the same.

1      **IT IS SO STIPULATED.**

2

3   DATED: April 16, 2024          **CARRILLO LAW FIRM LLP**

4

5                                  By: _____
                                   LUIS A. CARRILLO
6                                  MICHAEL S. CARRILLO
                                   DOMINIQUE L. BOUBION
7                                  Attorneys for Plaintiffs, AARON ABBIE and
                                   DEBRA GORDEN
8

9   DATED: April 16, 2024          **MANNING & KASS**
                                   **ELLROD, RAMIREZ, TRESTER LLP**
10

11
                                   By: /S/ Lynn L. Carpenter
12                                 MILDRED K. O'LINN
                                   LYNN L. CARPENTER
13                                 KAYLEIGH A. ANDERSEN
                                   Attorneys for Defendants,
14                                 SHASTA COUNTY, SHASTA COUNTY
                                   SHERIFF'S DEPARTMENT, TOM BOSENKO,
15                                 DAVE KENT, ROBERT VAN GERWEN,
                                   JUSTAN VORHIS, KIRK SCHRITTER
16

17
    DATED: April 16, 2024          **THE LAW OFFICES OF JEROME M.**
18                                 **VARANINI**

19

20

21

22

23

24

25

26

27

28

4

**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**

|   |   |   |
|---|---|---|
| | By: /S/ Jerome M. Varanini | |
| | JEROME M. VARANINI | |
| | Attorneys for Defendants, | |
| | WELLPATH, INC., WELLPATH | |
| | MANAGEMENT, INC., and WELLPATH, LL | |

DATED: April 16, 2024        **MEDICAL DEFENSE LAW GROUP**

By: /S/ Paul A. Cardinale
PAUL A. CARDNALE
Attorneys for Defendants,
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; JAMIE REBELLO, L.V.N.

# ORDER

Based on a review of the parties' Stipulation and Joint Request to Modify the Scheduling Order, sufficient good cause has been shown for the requested relief. Therefore the Stipulation is **APPROVED.**

**THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION OF COUNSEL, HEREBY ORDERS** that the Scheduling Order be Amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | 5/15/2024 | 8/23/2024 |
| **Rebuttal Expert Disclosures** | 6/19/2024 | 9/20/2024 |
| **Non-Expert Discovery Cut-Off** | 5/01/2024 | 7/30/2024 |
| **Expert Discovery Cut-Off** | 7/16/2024 | 10/14/2024 |
| **MSJ Hearing Deadline** | 11/15/2024 | 2/14/2025 |
| **Settlement Conference** | 8/26/2024 at 10 a.m. | 8/26/2024 at 10 a.m. (No change.) |

**IT IS SO ORDERED.**

Dated:  April 21, 2024



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE