**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON JAMES ABBIE, et al. | No. 2:20-CV-1995-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| SHASTA COUNTY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. A settlement conference is scheduled for August 26, 2024, at 10:00 a.m. a.m., before the undersigned. On or before August 12, 2024, the parties must execute and file the attached Waiver of Disqualification to allow the undersigned to conduct the settlement conference. If waivers are not filed by all parties participating in the settlement conference by this date, the hearing will be vacated and, on the parties' joint request, the matter will be referred to another Magistrate Judge for purposes of conducting a settlement conference.

///
///
///
///
///

Should the parties waive disqualification, concurrent with their filed waivers, the parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by August 19, 2024.  These statements <u>shall not be filed</u>.  Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms.  <u>See</u> Local Rule 270(f)(1).

IT IS SO ORDERED.

Dated:  July 24, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES ABBIE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY, et al.,<br><br>Defendants. | No.  2:20-CV-1995-KJM-DMC |

## WAIVER OF DISQUALIFICATION

Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____          _____
                                By:   For Plaintiff(s)

DATED: _____          _____
                                By:   For Defendant(s)

3