Paul A. Cardinale, SBN 215812
paul.cardinale@med-defenselaw.com
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130

*Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; JAMIE REBELLO, L.V.N.*

Michael S. Carrillo, SBN 258878
mc@carrillofirm.com
Dominique Boubion, SBN 336915
db@carrillofirm.com
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

Mildred K. O'Linn, SBN 159055
missy.olinn@manningkass.com
Lynn Carpenter, SBN 310011
lynn.carpenter@manningkass.com
Kayleigh Andersen, SBN 306442
kayleigh.andersen@manningkass.com
 **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa Street, 15th Floor
Los Angeles, CA 90017-3012
Tel: (213) 624-6900
Fax: (213) 624-6999

*Attorneys for Defendants, SHASTA COUNTY, SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, DAVE KENT, ROBERT VAN GERWEN, JUSTAN VORHIS and KIRK SCHRITTER*

Jerome M. Varanini, SBN 58531
jvaranini@tsvlaw.com
THE LAW OFFICES OF JEROME M. VARANINI
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Tel: (916) 993-4868

*Attorney for Defendants, WELLPATH, INC., WELLPATH MANAGEMENT, INC., and WELLPATH, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES ABBIE, DEBRA GORDEN, individually and as successors in interest to Decedent, TEDDY ABBIE,<br><br>           Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY, a public entity; SHERIFF TOM BOSENKO; CAPTAIN DAVE KENT; DEPUTY ROBERT VAN GERWEN; DEPUTY JUSTAN VORHIS; DEPUTY KIRK SCHRITTER; JAIME REBELLO, L.V.N; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; WELLPATH, INC.; WELLPATH MANAGEMENT, INC.; WELLPATH, LLC; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; and DOES 3-10, individually, jointly and severally,<br><br>           Defendants. | CASE NO.: 2:20-cv-01995-KJM-DMC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

TO THE HONORABLE COURT:

       This stipulation is entered into by and between Plaintiffs, AARON JAMES ABBIE and DEBRA GORDEN, Defendants, SHASTA COUNTY, TOM BOSENKO, DAVE KENT, ROBERT VAN GERWEN, JUSTAN VORHIS and KIRK SCHRITTER ("County Defendants"), Defendants, WELLPATH, INC., WELLPATH MANAGEMENT, INC., and WELLPATH, LLC ("Wellpath Defendants"), Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; and JAMIE REBELLO, L.V.N. by and through their respective counsel, to modify the operative Scheduling Order [Doc. 88] by continuing all deadlines approximately 60 days, with the Court's permission. There are compelling reasons for this request by the parties herein:

       1.    On April 16, 2024, the parties submitted a Stipulation and Proposed Order to Modify the Scheduling Order extending the discovery deadlines. [Doc. 87.]

2. On April 22, 2024, the Court signed an Order extending the discovery dates as requested in Document 85. [Doc. 88.]

3. The parties seek to take additional depositions; however, the coordination of counsels' calendars with available dates for such depositions, plus the availability of the witnesses themselves, requires a longer time frame than permitted by the current Scheduling Order [Doc. 88], as detailed below. The parties have been diligently moving forward with discovery, but the calendars of counsel, including their impacted trial schedules, have made coordination of deposition dates challenging.

4. The Parties request a continuance of the non-expert discovery deadline and the expert deadlines. The Parties do not seek to reschedule the Settlement Conference or the MSJ Hearing Deadline. However, counsel for the County defendants are unable to appear in person at the settlement conference due to the Court's rescheduling of the trial date in another matter for August 27, 2024 in downtown Los Angeles.

5. The Court has previously approved eight requests to continue the scheduling order deadlines in this matter. This stipulation has been made in good faith by the parties' counsel who believe the length of the continuance requested is reasonable to permit all parties to complete meaningful discovery. The continuance is not sought for delay; rather, it is necessary to enable the parties to conduct additional meaningful discovery.

6. No trial date has been set in this matter.

WHEREAS, for good cause and pursuant to Fed. R. Civ. P. 16(b)(4), the parties in this case submit for the Court's consideration the following:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Initial Expert Disclosures | 8/23/2024 | 10/23/2024 |
| Rebuttal Expert Disclosures | 9/20/2024 | 11/20/2024 |
| Non-Expert Discovery Cut-Off | 7/30/2024 | 9/30/2024 |
| Expert Discovery Cutoff | 10/14/2024 | 12/16/2024 |
| MSJ Hearing Deadline | 2/14/2025 | 2/14/2025 (same) |

| **Settlement Conference** | 8/26/2024 at 10:00 a.m. | 8/26/2024 at 10:00 a.m. (same) |

WHEREAS, Pursuant to Local Rule 131(e), I, Paul A. Cardinale attest that Dominique L. Boubion, Lynn L. Carpenter, and Jerome M. Varanini concur with the content of this stipulation and has authorized the filing of the same.

IT IS SO STIPULATED.

DATED: July 22, 2024                **CARRILLO LAW FIRM LLP**

By: */s/ Dominique L. Boubion*
    LUIS A. CARRILLO
    MICHAEL S. CARRILLO
    DOMINIQUE L. BOUBION
    Attorneys for Plaintiffs, AARON ABBIE and DEBRA GORDEN

DATED: July 22, 2024                **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Lynn L. Carpenter*
    MILDRED K. O'LINN
    LYNN L. CARPENTER
    KAYLEIGH A. ANDERSEN
    Attorneys for Defendants, SHASTA COUNTY, SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, DAVE KENT, ROBERT VAN GERWEN, JUSTAN VORHIS, KIRK SCHRITTER

DATED: July 22, 2024                **THE LAW OFFICES OF JEROME M. VARANINI**

By: */s/ Jerome M. Varanini*
    JEROME M. VARANINI
    Attorneys for Defendants, WELLPATH, INC., WELLPATH MANAGEMENT, INC., and WELLPATH, LLC

1

2  DATED: July 22, 2024                    **MEDICAL DEFENSE LAW GROUP**

3
                                           By: _/s/ Paul A. Cardinale_
4                                                Paul A. Cardinale, Esq.
                                                 Attorneys for Defendants CALIFORNIA
5                                                FORENSIC MEDICAL GROUP, INC.; KERI
                                                 RUBALCAVA, R.N.; DANIEL DELLWO, P.A.;
6                                                JAMIE REBELLO, L.V.N.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

Based on a review of the parties' Stipulation and Joint Request to Modify the Scheduling Order, sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is APPROVED.

THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION OF COUNSEL, HEREBY ORDERS that the Scheduling Order be Amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | 8/23/2024 | 10/23/2024 |
| **Rebuttal Expert Disclosures** | 9/20/2024 | 11/20/2024 |
| **Non-Expert Discovery Cut-Off** | 7/30/2024 | 9/30/2024 |
| **Expert Discovery Cutoff** | 10/14/2024 | 12/16/2024 |
| **MSJ Hearing Deadline** | 2/14/2025 | 2/14/2025 (same) |
| **Settlement Conference** | 8/26/2024 at 10:00 a.m. | 8/26/2024 at 10:00 a.m. (same) |

**IT IS SO ORDERED.**

**Dated:  July 24, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE