1  Michael S. Carrillo, SBN 258878
   mc@carrillofirm.com
2  Dominique Boubion, SBN 336915
   db@carrillofirm.com
3  **CARRILLO LAW FIRM, LLP**
4  1499 Huntington Drive, Suite 402
   South Pasadena, CA 91030
5  Tel: (626) 799-9375
6  Fax: (626) 799-9380

7  *Attorneys for Plaintiffs*

8  Mildred K. O'Linn, SBN 159055
   mko@manningllp.com
9  Lynn Carpenter, SBN 310011
   llc@manningllp.com
10 Kayleigh Andersen, SBN 306442
   kaa@manningllp.com
11
12 **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
13 801 S. Figueroa Street, 15th Floor
   Los Angeles, CA 90017-3012
14 Tel: (213) 624-6900
   Fax: (213) 624-6999
15
16 *Attorneys for Defendants, SHASTA COUNTY, SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, DAVE KENT, ROBERT VAN GERWEN, JUSTAN VORHIS and KIRK SCHRITTER*
17
18 Paul A. Cardinale, SBN 215812
   paul.cardinale@med-defenselaw.com
19 **MEDICAL DEFENSE LAW GROUP**
20 3800 Watt Ave., Suite 245
   Sacramento, CA 95821
21 Tel: (916) 244-9116
   Fax: (916) 244-9130
22
23 *Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; JAMIE REBELLO, L.V.N.*
24 Jerome M. Varanini, SBN 58531
   jvaranini@tsvlaw.com
25 THE LAW OFFICES OF JEROME M. VARANINI
26 641 Fulton Avenue, Suite 200
   Sacramento, CA 95825
27 Tel: (916) 993-4868
28
*Attorney for Defendants, WELLPATH, INC., WELLPATH MANAGEMENT, INC., and WELLPATH, LLC*

1
[PROPOSED] ORDER TO SUBMIT CASE TO PRIVATE MEDIATION IN LIEU OF A SETTLEMENT CONFERENCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES ABBIE, DEBRA GORDEN, individually and as successors in interest to Decedent, TEDDY ABBIE, | CASE NO.: 2:20-cv-01995-KJM-DMC |
| Plaintiffs, | **ORDER TO SUBMIT CASE TO PRIVATE MEDIATION IN LIEU OF A SETTLEMENT CONFERENCE** |

AARON JAMES ABBIE, DEBRA GORDEN, individually and as successors in interest to Decedent, TEDDY ABBIE,

        Plaintiffs,

v.

SHASTA COUNTY, a public entity; SHERIFF TOM BOSENKO; CAPTAIN DAVE KENT; DEPUTY ROBERT VAN GERWEN; DEPUTY JUSTAN VORHIS; DEPUTY KIRK SCHRITTER; JAIME REBELLO, L.V.N; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; WELLPATH, INC.; WELLPATH MANAGEMENT, INC.; WELLPATH, LLC; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; and DOES 3-10, individually, jointly and severally,

        Defendants.

[PROPOSED] ORDER TO SUBMIT CASE TO PRIVATE MEDIATION IN LIEU OF A SETTLEMENT CONFERENCE

## ORDER

Based on a review of the parties' Joint Stipulation and Request to Submit the Case to Private Mediation in Lieu of a Settlement Conference, sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is APPROVED.

THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION OF COUNSEL, HEREBY ORDERS:

1. The parties may submit their matter to private mediation.

2. The Settlement Conference set for August 26, 2024, at 10:00 a.m. is vacated.

3. The parties' requests for remote appearance on August 26, 2024, ECF Nos. 89, 90, 91, and 92, are denied as moot.

4. The requirement to submit waivers of disqualification pursuant to the Court's July 24, 2024, order, ECF No. 94, is lifted.

**IT IS SO ORDERED.**

Dated:  July 31, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SUBMIT CASE TO PRIVATE MEDIATION IN LIEU OF A SETTLEMENT CONFERENCE