LUIS A. CARRILLO (SBN 70398)
MICHAEL S. CARRILLO (SBN 258878)
DOMINIQUE BOUBION (SBN 336915)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Telephone:  (626) 799-9375
Facsimile:   (626) 799-9380

*Attorneys for Plaintiffs*

*[Additional Counsel Listed on Following Page]*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AARON JAMES ABBIE, DEBRA GORDEN, individually and as successors in interest to Decedent, TEDDY ABBIE,<br><br>          Plaintiff,<br><br>     vs.<br><br>SHASTA COUNTY, a public entity; SHERIFF TOM BASENKO; CAPTAIN DAVE KENT; DEPUTY ROBERT VAN GERWEN; DEPUTY JUSTAN VORHIS; DEPUTY KIRK SCHRITTER; JAMIE REBELLO, L.V.N.; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; WELLPATH, INC.; WELLPATH MANAGEMENT, INC.; WELLPATH, LLC; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California corporation; and DOES 3-10, individually, jointly, and severally<br><br>          Defendants. | **CASE NO.:** 20−CV−01995−DC−DMC<br><br>*Hon. Judge Dena M. Coggins*<br>*Hon. Mag. Dennis M. Cota*<br><br>**JOINT STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER FOR EXPERT DISCOVERY ONLY FOR ONE DAY** |

Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
  *lynn.carpenter@manningkass.com*
Nichole Santiago (State Bar No. 291632)
  *nichole.santiago@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants, SHASTA COUNTY, SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, DAVE KENT, ROBERT VAN GERWEN, JUSTAN VORHIS and KIRK SCHRITTER*

Paul A. Cardinale (State Bar No. 215812)
*paul.cardinale@med-defenselaw.com*
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130

*Attorney for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; DANIEL DELLWO, P.A.; JAMIE REBELLO, L.V.N.*

Jerome M. Varanini (State Bar No. 58531)
*jvaranini@tsvlaw.com*
**THE LAW OFFICES OF JEROME M. VARANINI**
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Tel: (916) 993-4868

*Attorney for Defendants, WELLPATH, INC., WELLPATH MANAGEMENT, INC., and WELLPATH, LLC*

1

**TO THE HONORABLE COURT:**

This stipulation is entered into by and between plaintiffs, AARON JAMES ABBIE and DEBRA GORDEN (collectively, "Plaintiffs"), defendants, SHASTA COUNTY, SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, DAVE KENT, ROBERT VAN GERWEN, JUSTAN VORHIS and KIRK SCHRITTER (collectively, "County" or "County Defendants"),), to modify the operative Scheduling Order [Doc. 95] by continuing the expert discovery cut-off deadline one day, to December 17, 2024, with the Court's permission. There are compelling reasons for this request by the parties herein:

1.    The parties have been working collaboratively to conduct expert discovery. The parties have completed several expert depositions.

2.    Based on the agreement of the parties, Plaintiffs served a first amended notice on November 12, 2024 for the deposition of County Defendants' expert, Robert Fonzi, to take place on December 13, 2024, at 3:00 p.m. (PT). Recently, on December 10, 2024, Plaintiffs were informed that Mr. Fonzi's availability is limited to two hours.

3.    After meeting and conferring, the parties agreed to reschedule the deposition. The next date that all parties are available for the deposition is December 17, 2024. Based on the current scheduling order, the expert discovery cut-off is December 16, 2024.

4.    Therefore, the parties request a continuance of the expert discovery deadline from December 16, 2024, to December 17, 2024.

5.    The Court has previously approved eight requests to continue the scheduling order deadlines in this matter. This stipulation has been made in good faith by the parties' counsel who believe the continuance requested is reasonable to permit the completion of expert discovery.

6.    The parties, through their counsel of record, have met and conferred in order to reach an agreement as to modification of the scheduling order, and have agreed to the dates proposed below based on all parties' availability, as well as the time

1    reasonably required to finish expert discovery.

2    **7.**     No trial date has been set in this matter.

3    **WHEREAS,** for good cause and pursuant to Fed. R. Civ. P. 16(b)(4), the

4    parties in this case submit for the court's consideration the following:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Expert Discovery Cut-Off** | 12/16/2024 | 12/17/2024 |
| **MSJ Hearing Deadline** | 2/14/2025 | 2/14/2025 (No change) |

   **WHEREAS,** per the Court's Order of November 21, 2024 (Dkt. 103) the case against defendants, WELLPATH, INC., WELLPATH MANAGEMENT, INC., and WELLPATH, LLC (collectively, "Wellpath Defendants"), and defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG"), KERI RUBALCAVA, R.N., DANIEL DELLWO, P.A.; JAMIE REBELLO, L.V.N. (collectively, "CFMG Defendants") is stayed and, any argument to the contrary, the action is proceeding solely against the other Defendants. Therefore, this Stipulation is entered into between Plaintiffs and the County Defendants.

   **WHEREAS**, Pursuant to Local Rule 131(e), I, Dominique L. Boubion, attest that Lynn L. Carpenter, Jerome M. Varanini and Paul A. Cardinale concur with the content of this stipulation and have authorized the filing of the same.

//
//
//
//
//
//

   **IT IS SO STIPULATED.**

DATED: December 12, 2024      **CARRILLO LAW FIRM, LLP**

By: _/s/_____
LUIS A. CARRILLO
MICHAEL S. CARRILLO
DOMINIQUE L. BOUBION
Attorneys for Plaintiffs, AARON ABBIE and
DEBRA GORDEN

DATED: December 12, 2024      **MANNING & KASS**
                                               **ELLROD, RAMIREZ, TRESTER LLP**

By: _/s/_____
MILDRED K. O'LINN
LYNN L. CARPENTER
NICHOLE SANTIAGO
Attorneys for Defendants,
SHASTA COUNTY, SHASTA COUNTY
SHERIFF'S DEPARTMENT, TOM
BOSENKO, DAVE KENT, ROBERT VAN
GERWEN, JUSTAN VORHIS, KIRK
SCHRITTER

DATED: December 12, 2024      **THE LAW OFFICES OF JEROME M.**
                                               **VARANINI**

By: _/s/_____
JEROME M. VARANINI
Attorneys for Defendants, WELLPATH,
INC., WELLPATH MANAGEMENT, INC.
and WELLPATH, LLC

DATED: December 12, 2024      **MEDICAL DEFENSE LAW GROUP**

By: _/s/_____
Paul A. Cardinale, Esq.
Attorneys for Defendants CALIFORNIA
FORENSIC MEDICAL GROUP, INC.; KERI
RUBALCAVA, R.N.; DANIEL DELLWO,
P.A.; JAMIE REBELLO, L.V.N.

<u>**PROPOSED ORDER**</u>

4

**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER FOR EXPERT DISCOVERY ONLY FOR ONE DAY**

Based on a review of the parties' Stipulation and Joint Request to Modify the Scheduling Order, sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.**

**THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION OF COUNSEL, HEREBY ORDERS** that the Scheduling Order be Amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Expert Discovery Cut-Off** | 12/16/2024 | 12/17/2024 |
| **MSJ Hearing Deadline** | 2/14/2025 | 2/14/2025 (No change) |

**IT IS SO ORDERED.**

Dated:  December 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER FOR EXPERT DISCOVERY ONLY FOR ONE DAY**